# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-10543-AMC

KENYA L MINOR

131 JACKSON AVENUE

GLENSIDE, PA 19038

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    KENYA L MINOR

    131 JACKSON AVENUE

    GLENSIDE, PA 19038

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020

                                    /S/ William C. Miller

Date: 7/3/2019                              _____

                                            William C. Miller, Esquire
                                            Chapter 13 Standing Trustee