United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kenya L. Minor  
    Debtor

Case No. 19-10543-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Antoinett      Page 1 of 2      Date Rcvd: Nov 05, 2019  
                     Form ID: pdf900      Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2019.

```
db              +Kenya L. Minor,    131 Jackson Avenue,    Glenside, PA 19038-1011
cr              +MTGLQ Investors, L.P.,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                  Duluth, GA 30097-8461
14265339        +American Heritage Fcu,    3110 Grant Ave,    Philadelphia, PA 19114-2542
14265340        +Ar Resources Inc,    Pob 1056,    Blue Bell, PA 19422-0287
14292412        +COMCAST,    PO BOX 1931,    Burlingame, CA 94011-1931
14312717        +MTGLQ Investors LP,    c/o Kevin G. McDonald, Esq.,    KML Law Group, PC,
                  701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14286930        +MTGLQ Investors, LP,    c/o Francis Laryea,    RAS Crane, LLC,
                  10700 Abbot's Bridge Road, Suite 170,    Duluth, GA 30097-8461
14265344         U S Dept Of Ed/Gsl/Atl,    Po Box 4222,    Iowa City, IA 52244
14355402         US Department of Education,    PO Box 16448,    St. Paul, MN 55116-0448
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: megan.harper@phila.gov Nov 06 2019 03:26:40     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA 19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 06 2019 03:26:20
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA 17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 06 2019 03:26:35     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/PDF: gecsedi@recoverycorp.com Nov 06 2019 03:30:11     Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14265341         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 06 2019 03:30:11
                  Capital One Bank Usa N,    15000 Capital One Dr,    Richmond, VA 23238
14303626        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 06 2019 03:30:34
                  Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14302488         E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 06 2019 03:26:33     Jefferson Capital Systems LLC,
                  Po Box 7999,    Saint Cloud Mn 56302-9617
14303800        +E-mail/Text: bkteam@selenefinance.com Nov 06 2019 03:26:11     MTGLQ Investors, L.P.,
                  C/O Selene Finance, LP,    9990 Richmond Ave.,    Suite 400 South,    Houston TX 77042-4546
14303825         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 06 2019 03:30:46
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14266240        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 06 2019 03:30:28
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14265342        +E-mail/Text: bkteam@selenefinance.com Nov 06 2019 03:26:12     Selene Finance Lp,
                  9990 Richmond Ave Ste 40,    Houston, TX 77042-4559
14265343        +E-mail/Text: bankruptcy@sw-credit.com Nov 06 2019 03:26:30     Southwest Credit Syste,
                  4120 International Parkway,    Carrollton, TX 75007-1958
14266467        +E-mail/PDF: gecsedi@recoverycorp.com Nov 06 2019 03:30:11     Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    attn: Valerie Smith,    PO Box 41021,
                  Norfolk, VA 23541-1021
14265345        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 06 2019 03:25:38
                  Verizon Wireless,    Po Box 650051,    Dallas, TX 75265-0051
                                                                                                TOTAL: 14
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2019                                          Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                  Date Rcvd: Nov 05, 2019
                              Form ID: pdf900              Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 5, 2019 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    MTGLQ Investors, L.P. bkgroup@kmllawgroup.com
              LAUREN BERSCHLER KARL    on behalf of Creditor    MTGLQ Investors, L.P. lkarl@rascrane.com,
               lbkarl03@yahoo.com
              PAUL H. YOUNG    on behalf of Debtor Kenya L. Minor support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 5
```

# UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | **Chapter 13** |
| KENYA L MINOR | |
| **Debtor** | **Bankruptcy No.** 19-10543-AMC |

# **O R D E R**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: November 5, 2019**

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PAUL H YOUNG
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020

Debtor:
KENYA L MINOR

131 JACKSON AVENUE

GLENSIDE, PA 19038